**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
-------------------------------------------------------x
ATARI INTERACTIVE, INC.,                               :
                                                       :
                    Plaintiff,                         :    19-CV-3111 (LAK) (OTW)
                                                       :
              -against-                                :    ORDER
                                                       :
TARGET CORPORATION,                                    :
                                                       :
                    Defendant.                         :
                                                       :
-------------------------------------------------------x
```

**ONA T. WANG**, **United States Magistrate Judge:**

Plaintiff is directed to submit a status letter to the Court detailing the following:

- the status of document discovery including what has been completed thus far, and what is left to be completed;

- the number of depositions Plaintiff needs and where the deponents are located; and

- any other discovery that remains outstanding and a proposal for how long it will take to complete.

The status letter must be filed by **November 22, 2019**.

**SO ORDERED.**

Dated: November 15, 2019         _s/ Ona T. Wang_
       New York, New York         **Ona T. Wang**
                              United States Magistrate Judge