UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
ATARI INTERACTIVE, INC.,

              Plaintiff,

              -against-

TARGET CORPORATION,

              Defendant.

------------------------------------------------------------x

19-CV-3111 (LAK) (OTW)

**ORDER TRANSFERRING ACTION**

**ONA T. WANG**, **United States Magistrate Judge:**

For the reasons stated in the Opinion & Order filed December 10, 2019 (ECF 45), this civil action is transferred to the District of Minnesota pursuant to 28 U.S.C. § 1404(a).

The Clerk is respectfully directed to take all necessary steps to effectuate the transfer and to close this case on the docket of the Southern District of New York.

**SO ORDERED.**

Dated: December 26, 2019
       New York, New York

*s/ Ona T. Wang*
**Ona T. Wang**
United States Magistrate Judge